Charles Ray Johnson

Plaintiff - Appellant

v.

Summit Food Service; Darren Young; Jay Baker; Jordan Moose

Defendants - Appellees

Appeal from U.S. District Court for the District of South Dakota - Southern
(4:21-cv-04016-RAL)

**JUDGMENT**

Before LOKEN, GRUENDER, and BENTON, Circuit Judges.

This court has reviewed the original file of the United States District Court. It is ordered by the court that the judgment of the district court is summarily affirmed. See Eighth Circuit Rule 47A(a).

July 13, 2021

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
    /s/ Michael E. Gans